# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3589
L.T. Case No. 16-2023-CA-008398

_____

CHRISTOPHER SHOOTES,

Appellant,

v.

MICHAEL NAUGHTON, PA, and
JUSTIN CLARK, PA,

Appellees.

_____

On appeal from the Circuit Court for Duval County.
Katie L. Dearing, Judge.

Christopher Shootes, Jacksonville, pro se.

No Appearance for Appellees.

January 22, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, LAMBERT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____